UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                              §
                                    §
BANKHEAD WILSON, RUTHIE M           §        Case No. 10-02563
                                    §
         Debtor(s)                  §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

     Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Phillip D. Levey, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

     The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

          Kenneth Gardner
          U.S. Bankruptcy Court Clerk
          219 South Dearborn Street- 7th Floor
          Chicago, IL  60614

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 09/22/2010 in Courtroom 744,

          United States Courthouse
          219 South Dearborn Street
          Chicago, IL  60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____          By: Kenneth S. Gardner_____
                                           Clerk, U.S. Bankruptcy Court

*Phillip D. Levey*
*2722 North Racine Avenue*
*Chicago, IL 60614*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
BANKHEAD WILSON, RUTHIE M § Case No. 10-02563
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 6,849.52 |
| and approved disbursements of | $ | 0.00 |
| leaving a balance on hand of[1] | $ | 6,849.52 |

Claims of secured creditors will be paid as follows:

| Claimant | Proposed Payment |
|---|---|
| | $ |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---|---|
| Trustee: Phillip D. Levey | $ 1,434.95 | $ 26.28 |
| Attorney for trustee: | $ | $ |
| Appraiser: | $ | $ |
| Auctioneer: | $ | $ |
| Accountant: | $ | $ |
| Special Attorney for trustee: | $ | $ |
| Charges: | $ | $ |
| Fees: | $ | $ |
| Other: | $ | $ |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (9/1/2009) *(Page: 2)*

| Reason/Applicant | Fees | Expenses |
|---|---|---|
| *Other:* _____ | $_____ | $_____ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---|---|
| *Attorney for debtor:* _____ | $_____ | $_____ |
| *Attorney for:* _____ | $_____ | $_____ |
| *Accountant for:* _____ | $_____ | $_____ |
| *Appraiser for:* _____ | $_____ | $_____ |
| *Other:* _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 19,607.77 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 27.5 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000001 | American Infosource Lp As Agent for World Financial Network National Bank As Bedford Fair Lifestyles PO Box 248872 Oklahoma City, OK 73124-8872 | $ 147.93 | $ 40.65 |
| 000002 | Chase Bank USA, N.A. PO Box 15145 Wilmington, DE 19850-5145 | $ 3,882.46 | $ 1,066.91 |
| 000003 | Chase Bank USA, N.A. PO Box 15145 Wilmington, DE 19850-5145 | $ 3,281.87 | $ 901.87 |
| 000004 | Chase Bank USA, N.A. PO Box 15145 Wilmington, DE 19850-5145 | $ 1,094.03 | $ 300.65 |
| 000005 | GE Money Bank dba JCPENNEY CREDIT SERVICES Care of Recovery Management Systems Corp 25 SE 2nd Ave Ste 1120 Miami FL 33131 | $ 6,100.39 | $ 1,676.41 |
| 000006 | GE Money Bank dba JCPENNEY CREDIT SERVICES Care of Recovery Management Systems Corp 25 SE 2nd Ave Ste 1120 Miami FL 33131 | $ 5,101.09 | $ 1,401.80 |

      Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

      Tardily filed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

      The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00 .

      Prepared By: /s/Phillip D. Levey_____
                                  Trustee's Counsel

*Phillip D. Levey*
*2722 North Racine Avenue*
*Chicago, IL 60614*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: pseamann              Page 1 of 2                   Date Rcvd: Aug 27, 2010
Case: 10-02563                 Form ID: pdf006             Total Noticed: 42


The following entities were noticed by first class mail on Aug 29, 2010.
db         +Ruthie M Bankhead Wilson,    16145 Woodbridge,    Harvey, IL 60426-5981
aty        +Patrick C Shifley,    Law Offices of Ernesto D. Borges,    105 W. Madison,    2300,
             Chicago, IL 60602-4647
tr         +Phillip D Levey, ESQ,    2722 North Racine Avenue,    Chicago, IL 60614-1206
14998445   +ALVERNO ADVANCED,    2 RIVEROAKS CENTER,    Calumet City, IL 60409-5518
14998441   +Advocate Home Care Products,    28511 Network Pl,    Chicago, IL 60673-0001
14998440   +Advocate Home Care Products,    2311 W. 22nd Street Ste 300,    Oak Brook, IL 60523-4103
14998442   +Advocate Illinois Masonic,    22393 Network Place,    Chicago, IL 60673-0001
14998443   +Advocate Illinois Masonic,    836 West Wellington,    Chicago, IL 60657-5147
14998444   +Advocate Illinois Masonic Phys Grou,    75 Remittace Dr. Suite 1049,    Chicago, IL 60675-1049
14998446   +Blatt, Hasenmiller, Leibsker,    & Moore, LLC,    125 S. Wacker Dr., Ste 400,
             Chicago, IL 60606-4440
14998447   +Capital 1 Bank,    Attn: C/O TSYS Debt Management,    Po Box 5155,    Norcross, GA 30091-5155
14998448   +Catherines,    1103 Allen Dr,    Milford, OH 45150-8763
14998449   +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
15546502    Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
14998450   +Chase- Bp,    225 Chastain Meadows Court,    Kennesaw, GA 30144-5841
14998451   +Cimpar, S.C.,    1111 Superior Street Suite 104,    Melrose Park, IL 60160-4100
14998452   +Citgo Oil / Citibank,    Attn: Centralized Bankruptcy,    Po Box 20507,
             Kansas City, MO 64195-0507
14998453   +Citibank Usa,    Attn.: Centralized Bankruptcy,    Po Box 20507,    Kansas City, MO 64195-0507
14998454    Corporate Receivables, Inc.,    PO Box 32995,    Phoenix, AZ 85064-2995
14998455   +Curtis Whisler MC,    3000 N. Halsted Suite 625,    Chicago, IL 60657-5196
14998456   +Drive Financial,    Attn: Bankruptcy Department,    Po Box 562088,    Dallas, TX 75356-2088
14998457   +Exxmblciti,    Attn.: Centralized Bankruptcy,    Po Box 20507,    Kansas City, MO 64195-0507
14998462   ++HSBC BANK,    ATTN BANKRUPTCY DEPARTMENT,    PO BOX 5213,    CAROL STREAM IL 60197-5213
            (address filed with court: Hsbc/rs,     Hsbc Retail Services Attn: Bankruptcy,    Po Box 15522,
             Wilmington, DE 19850)
14998460   +Hsbc Bank,    Po Box 5253,    Carol Stream, IL 60197-5253
14998461   +Hsbc Bank,    Attn: Bankruptcy,    Po Box 5253,    Carol Stream, IL 60197-5253
14998464   +MALCOLM S. GERALD & ASSOC., INC.,    332 SOUTH MICHIGAN AVENUE,    SUITE 514,
             CHICAGO, IL 60604-4434
14998463   +Macys/fdsb,    Macy's Bankruptcy,    Po Box 8053,    Mason, OH 45040-8053
14998465   +Medical Services Ric,    Dept 4569,    Carol Stream, IL 60122-0001
14998466   +Natl Cty Crd,    1 National City Pkwy,    Kalamazoo, MI 49009-8003
14998467   +Nbgl Carsons,    Household Mortgage Services,    PO Box 9068,    Brandon, FL 33509-9068
14998468   +Scheck and Siress Prosthetics Inc,    1 S. 376 Summit Ave. Court E.,
             Oakbrook Terrace, IL 60181-3985
14998469   +Shell Oil / Citibank,    Attn.: Centralized Bankruptcy,    Po Box 20507,
             Kansas City, MO 64195-0507
14998470   +Smith & Nephew,    Po Box 25084,    Lehigh Valley, PA 18002-5084
14998471    United Recovery Service, L.L.C,    1825 Torrence Ave Suite C-6,    Lansing, IL 60438
14998472   +Wellington Radiology Group,    SC/IMR,    39006 Treasury Center,    Chicago, IL 60694-9000
14998473   +Wf Fin Bank,    Wells Fargo Financial,    4137 121st St,    Urbendale, IA 50323-2310
14998474   +Wffinancial,    9632 S Roberts Rd,    Hickory Hills, IL 60457-2238
14998475   +Wfnnb/az Mail Order,    995 W 122nd Ave,    Denver, CO 80234-3417
14998476   +Wfnnb/bradford Fair,    995 W 122nd Ave,    Westminster, CO 80234-3417
The following entities were noticed by electronic transmission on Aug 27, 2010.
15471593    E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 28 2010 01:56:14
             American Infosource Lp As Agent for,    World Financial Network National Bank As,
             Bedford Fair Lifestyles,    PO Box 248872,    Oklahoma City, OK 73124-8872
15623692   +E-mail/PDF: gecsedi@recoverycorp.com Aug 28 2010 02:04:58
             GE Money Bank dba JCPENNEY CREDIT SERVICES,    Care of Recovery Management Systems Corp,
             25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
14998458   +E-mail/PDF: gecsedi@recoverycorp.com Aug 28 2010 02:04:58      Gemb/jcp,    Attention: Bankruptcy,
             Po Box 103106,    Roswell, GA 30076-9106
                                                                                              TOTAL: 3

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14998459   ##+HARRIS & HARRIS, Ltd.,    600 W. Jackson Blvd., Suite 400,    Chicago, IL 60661-5675
                                                                                   TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1          User: pseamann          Page 2 of 2              Date Rcvd: Aug 27, 2010
Case: 10-02563                Form ID: pdf006         Total Noticed: 42
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 29, 2010**                **Signature:**    _Joseph Speetjens_