UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

| | | |
|---|---|---|
| In re: | § § | |
| BANKHEAD WILSON, RUTHIE M | § § | Case No. 10-02563 |
| Debtor(s) | § § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    Phillip D. Levey, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

    3) Total gross receipts of $    (see **Exhibit 1**), minus funds paid to the debtor and third parties of $    (see **Exhibit 2**), yielded net receipts of $    from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

    4)  This case was originally filed under chapter    on            . The case was pending for    months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____     By:/s/Phillip D. Levey_____
                                                                 Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Drive Financial Attn: Bankruptcy Department Po Box 562088 Dallas, TX 75247 |  |  |  |  |  |
|  | Wffinancial 9632 S Roberts Rd Hickory Hills, IL 60457 |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| PHILLIP D. LEVEY | | | | | |
| PHILLIP D. LEVEY | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | ALVERNO ADVANCED 2 RIVEROAKS CENTER Calumet City, IL 60409 | | | | | |
| | Advocate Home Care Products 2311 W. 22nd Street Ste 300 Oak Brook, IL 60523 | | | | | |
| | Advocate Home Care Products 28511 Network Pl Chicago, IL 60673 | | | | | |
| | Advocate Illinois Masonic 22393 Network Place Chicago, IL 60673 | | | | | |
| | Advocate Illinois Masonic 22393 Network Place Chicago, IL 60673 | | | | | |
| | Advocate Illinois Masonic 836 West Wellington Chicago, IL 60657 | | | | | |
| | Advocate Illinois Masonic Phys Grou 75 Remittace Dr. Suite 1049 Chicago, IL 60675 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Capital 1 Bank Attn: C/O TSYS Debt Management Po Box 5155 Norcross, GA 30091 | | | | | |
| | Catherines 1103 Allen Dr Milford, OH 45150 | | | | | |
| | Chase Po Box 15298 Wilmington, DE 19850 | | | | | |
| | Chase Po Box 15298 Wilmington, DE 19850 | | | | | |
| | Chase- Bp 225 Chastain Meadows Court Kennesaw, GA 30144 | | | | | |
| | Cimpar, S.C. 1111 Superior Street Suite 104 Melrose Park, IL 60160 | | | | | |
| | Citgo Oil / Citibank Attn: Centralized Bankruptcy Po Box 20507 Kansas City, MO 64195 | | | | | |
| | Citgo Oil / Citibank Attn: Centralized Bankruptcy Po Box 20507 Kansas City, MO 64195 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Citibank Usa Attn.: Centralized Bankruptcy Po Box 20507 Kansas City, MO 64195 | | | | | |
| | Corporate Receivables, Inc. PO Box 32995 Phoenix, AZ 85064-2995 | | | | | |
| | Curtis Whisler MC 3000 N. Halsted Suite 625 Chicago, IL 60657 | | | | | |
| | Exxmblciti Attn.: Centralized Bankruptcy Po Box 20507 Kansas City, MO 64195 | | | | | |
| | Gemb/jcp Attention: Bankruptcy Po Box 103106 Roswell, GA 30076 | | | | | |
| | Gemb/jcp Attention: Bankruptcy Po Box 103106 Roswell, GA 30076 | | | | | |
| | Gemb/jcp Attention: Bankruptcy Po Box 103106 Roswell, GA 30076 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Gemb/jcp Attention: Bankruptcy Po Box 103106 Roswell, GA 30076 | | | | | |
| | Hsbc Bank Attn: Bankruptcy Po Box 5253 Carol Stream, IL 60197 | | | | | |
| | Hsbc Bank Po Box 5253 Carol Stream, IL 60197 | | | | | |
| | Hsbc/rs Hsbc Retail Services Attn: Bankruptcy Po Box 15522 Wilmington, DE 19850 | | | | | |
| | MALCOLM S. GERALD & ASSOC., INC. 332 SOUTH MICHIGAN AVENUE SUITE 514 CHICAGO, IL 60604 | | | | | |
| | Macys/fdsb Macy's Bankruptcy Po Box 8053 Mason, OH 45040 | | | | | |
| | Medical Services Ric Dept 4569 Carol Stream, IL 60122 | | | | | |
| | Natl Cty Crd 1 National City Pkwy Kalamazoo, MI 49009 | | | | | |

UST Form 101-7-TDR (10/1/2010) *(Page: 8)*

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Nbgl Carsons Household Mortgage Services PO Box 9068 Brandon, FL 33509 | | | | | |
| | Nbgl Carsons Household Mortgage Services PO Box 9068 Brandon, FL 33509 | | | | | |
| | Scheck and Siress Prosthetics Inc 1 S. 376 Summit Ave. Court E. Oakbrook Terrace, IL 60181 | | | | | |
| | Shell Oil / Citibank Attn.: Centralized Bankruptcy Po Box 20507 Kansas City, MO 64195 | | | | | |
| | Smith & Nephew Po Box 25084 Lehigh Valley, PA 18002 | | | | | |
| | United Recovery Service, L.L.C 1825 Torrence Ave Suite C-6 Lansing, IL 60438 | | | | | |
| | Wellington Radiology Group SC/IMR 39006 Treasury Center Chicago, IL 60694 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Wf Fin Bank Wells Fargo Financial 4137 121st St Urbendale, IA 50323 | | | | | |
| | Wfnnb/az Mail Order 995 W 122nd Ave Denver, CO 80234 | | | | | |
| | Wfnnb/bradford Fair 995 W 122nd Ave Westminster, CO 80234 | | | | | |
| 000005 | GE MONEY BANK DBA JCPENNEY CREDIT S | | | | | |
| 000006 | GE MONEY BANK DBA JCPENNEY CREDIT S | | | | | |
| 000001 | AMERICAN INFOSOURCE LP AS AGENT FOR | | | | | |
| 000002 | CHASE BANK USA, N.A. | | | | | |
| 000003 | CHASE BANK USA, N.A. | | | | | |
| 000004 | CHASE BANK USA, N.A. | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No: | 10-02563 | EW | Judge: EUGENE R. WEDOFF | | Trustee Name: | Phillip D. Levey |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | BANKHEAD WILSON, RUTHIE M | | | | Date Filed (f) or Converted (c): | 01/24/10 (f) |
| | | | | | 341(a) Meeting Date: | 03/01/10 |
| For Period Ending: | 01/23/11 | | | | Claims Bar Date: | 07/20/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. LOCATION: 16145 WOODBRIDGE, HARVEY IL | 55,900.00 | 0.00 | | 0.00 | 0.00 |
| 2. CHECKING ACCOUNT WITH CHASE BANK | 0.00 | 0.00 | DA | 0.00 | 0.00 |
| 3. SAVINGS ACCOUNT WITH CHASE BANK | 0.00 | 0.00 | DA | 0.00 | 0.00 |
| 4. HOUSEHOLD GOODS | 3,000.00 | 0.00 | DA | 0.00 | 0.00 |
| Debtor Claimed Exemption | | | | | |
| 5. CLOTHING | 1,000.00 | 0.00 | DA | 0.00 | 0.00 |
| Debtor Claimed Exemption | | | | | |
| 6. 401(K) THROUGH EMPLOYER | 0.00 | 0.00 | DA | 0.00 | 0.00 |
| 7. 2009 CHEVROLET COBALT WITH 6K IN MILEAGE | 7,850.00 | 0.00 | DA | 0.00 | 0.00 |
| 8. Income Tax Refund (u) | 0.00 | 6,663.00 | | 6,849.00 | FA |
| 9. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.85 | Unknown |

|   |   |   |   |
| --- | --- | --- | --- |
| | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $67,750.00 | $6,663.00 | $6,849.85 | $0.00 |
| | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR):  / /       Current Projected Date of Final Report (TFR):  / /

LFORM1                                                                                                                                                                                       Ver: 16.01c

**UST Form 101-7-TDR (10/1/2010)** *(Page: 11)*

FORM 2

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 10-02563 -EW | Trustee Name: | Phillip D. Levey |
|---|---|---|---|
| Case Name: | BANKHEAD WILSON, RUTHIE M | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******3603 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******9739 | | |
| For Period Ending: | 01/23/11 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/21/10 | 8 | Ruthie M. Bankhead | Turnover of Tax Refund | 1224-000 | 6,663.00 | | 6,663.00 |
| 04/30/10 | 9 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.02 | | 6,663.02 |
| 05/27/10 | 8 | Ruthie Bankhead | Income Tax Refund | 1224-000 | 186.00 | | 6,849.02 |
| 05/28/10 | 9 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.16 | | 6,849.18 |
| 06/30/10 | 9 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.17 | | 6,849.35 |
| 07/30/10 | 9 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.17 | | 6,849.52 |
| 08/31/10 | 9 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.18 | | 6,849.70 |
| 09/27/10 | 9 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 0.15 | | 6,849.85 |
| 09/27/10 | | Transfer to Acct #*******5669 | Final Posting Transfer | 9999-000 | | 6,849.85 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 6,849.85 | 6,849.85 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 6,849.85 | |
| Subtotal | 6,849.85 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 6,849.85 | 0.00 | |

Page Subtotals       6,849.85       6,849.85

Ver: 16.01c

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 12)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 10-02563 -EW | | Trustee Name: | Phillip D. Levey |
|---|---|---|---|---|
| Case Name: | BANKHEAD WILSON, RUTHIE M | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******5669 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******9739 | | | |
| For Period Ending: | 01/23/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/27/10 | | Transfer from Acct #*******3603 | Transfer In From MMA Account | 9999-000 | 6,849.85 | | 6,849.85 |
| 09/27/10 | 000101 | PHILLIP D. LEVEY<br>2722 NORTH RACINE AVENUE<br>CHICAGO, IL 60614 | Chapter 7 Compensation/Fees | 2100-000 | | 1,434.99 | 5,414.86 |
| 09/27/10 | 000102 | PHILLIP D. LEVEY<br>2722 NORTH RACINE AVENUE<br>CHICAGO, IL 60614 | Chapter 7 Expenses | 2200-000 | | 26.28 | 5,388.58 |
| 09/27/10 | 000103 | American Infosource Lp As Agent for<br>World Financial Network National Bank As<br>Bedford Fair Lifestyles<br>PO Box 248872<br>Oklahoma City, OK 73124-8872 | Claim 000001, Payment 27.47921% | 7100-900 | | 40.65 | 5,347.93 |
| 09/27/10 | 000104 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Claim 000002, Payment 27.48180% | 7100-900 | | 1,066.97 | 4,280.96 |
| 09/27/10 | 000105 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Claim 000003, Payment 27.48189% | 7100-900 | | 901.92 | 3,379.04 |
| 09/27/10 | 000106 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Claim 000004, Payment 27.48188% | 7100-900 | | 300.66 | 3,078.38 |
| 09/27/10 | 000107 | GE Money Bank dba JCPENNEY CREDIT SERVICES<br>Care of Recovery Management Systems Corp<br>25 SE 2nd Ave Ste 1120<br>Miami FL 33131 | Claim 000005, Payment 27.48185% | 7100-000 | | 1,676.50 | 1,401.88 |
| 09/27/10 | 000108 | GE Money Bank dba JCPENNEY CREDIT SERVICES<br>Care of Recovery Management Systems Corp | Claim 000006, Payment 27.48197% | 7100-000 | | 1,401.88 | 0.00 |

Page Subtotals          6,849.85          6,849.85

Ver: 16.01c

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 13)*

FORM 2

Page: 3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 10-02563 -EW |
| Case Name: | BANKHEAD WILSON, RUTHIE M |
| Taxpayer ID No: | *******9739 |
| For Period Ending: | 01/23/11 |

| | |
|---|---|
| Trustee Name: | Phillip D. Levey |
| Bank Name: | BANK OF AMERICA |
| Account Number / CD #: | *******5669 Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 25 SE 2nd Ave Ste 1120 Miami FL 33131 | | | | | |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 6,849.85 | 6,849.85 | 0.00 |
| Less: Bank Transfers/CD's | 6,849.85 | 0.00 | |
| Subtotal | 0.00 | 6,849.85 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 6,849.85 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Money Market Account (Interest Earn - ********3603 | 6,849.85 | 0.00 | 0.00 |
| Checking Account (Non-Interest Earn - ********5669 | 0.00 | 6,849.85 | 0.00 |
| | 6,849.85 | 6,849.85 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals       0.00       0.00

Ver: 16.01c